```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08436
    LUCINDA M JONES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0831


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/17/2006 and was confirmed 09/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/16/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00             .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    5343.62            .00           .00
LITTON LOAN SERVICING      CURRENT MORTG       .00             .00           .00
LITTON LOAN SERVICING      MORTGAGE ARRE     800.00            .00           .00
WELLS FARGO FINANCIAL ~    UNSECURED        4517.31            .00        1250.00
WELLS FARGO FINANCIAL ~    UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED        2151.26            .00           .00
CAPITAL ONE                UNSECURED        1019.39            .00           .00
CAPITAL ONE                UNSECURED        1259.71            .00           .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED           .00           .00
ENH MEDICAL GROUP          UNSECURED       NOT FILED           .00           .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED           .00           .00
ILLINOIS FOUNDERS INS      UNSECURED       NOT FILED           .00           .00
HOLY CROSS HOSPITAL        UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED           .00           .00
OSI COLLECT                UNSECURED       NOT FILED           .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        6138.98            .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00           .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED           .00           .00
T MOBILE                   UNSECURED       NOT FILED           .00           .00
TIME LIFE                  UNSECURED       NOT FILED           .00           .00
TRS CIGPF1CORP             UNSECURED       NOT FILED           .00           .00
WEXLER & WEXLER            UNSECURED       NOT FILED           .00           .00
LITTON LOAN SERVICING      NOTICE ONLY    NOT FILED            .00           .00
THOMAS W DREXLER           DEBTOR ATTY     2,404.00                       2,400.77
TOM VAUGHN                 TRUSTEE                                          199.23
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------


             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08436 LUCINDA M JONES
```

```
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 3,850.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       1,250.00
ADMINISTRATIVE                                  2,400.77
TRUSTEE COMPENSATION                              199.23
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                  3,850.00                3,850.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 12/05/07            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```